**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHRISTOPHER CULLINA,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>MORGAN STANLEY SMITH BARNEY<br>LLC, D/B/A E\*TRADE<br><br>　　　Defendant. | Civil Action No. 26-40178 |

## NOTICE OF APPEARANCE OF DIANA A. BALLUKU

Please enter the appearance of Diana A. Balluku on behalf of Defendant Morgan Stanley

Smith Barney *d/b/a* E\*TRADE in the above-captioned matter.

> Respectfully submitted,
>
> MORGAN STANLEY SMITH BARNEY
> LLC, D/B/A E\*TRADE
>
> By its attorney,
>
> */s/ Diana A. Balluku*
> Diana A. Balluku (BBO No. 698128)
> GREENBERG TRAURIG, LLP
> One International Place
> Suite 2000
> Boston, MA 02110
> Tel: (617) 310-6000
> Fax: (617) 310-6001
> Diana.Balluku@gtlaw.com

Dated: July 15, 2026

1

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on July 15, 2026.

                                      */s/ Diana A. Balluku*
                                      Diana A. Balluku

2